```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION


JONATHAN EVANS,                      *
                                     *
     Plaintiff,                      *
                                     *
vs.                                  *   Civil Action 11-00556-WS-B
                                     *
MICHAEL J. ASTRUE,                   *
Commissioner of Social Security,*
                                     *
     Defendant.                      *
```

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE this 19th day of April, 2012.**

                            s/WILLIAM H. STEELE
                            CHIEF UNITED STATES DISTRICT JUDGE